**Order entered May 20, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-18-01068-CR
No. 05-18-01069-CR

**ROBERT HOWARD GREEN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F16-76425-T & F16-76426-T**

## ORDER

Before the Court is the May 14, 2019 request of court reporter Sharina A. Fowler for an extension of time to file the reporter's record. In her request, Ms. Fowler reports that a portion of the reporter's record is missing. She requests an extension of two weeks to search for the missing record. We **GRANT** Ms. Fowler's request and extend the time to file the reporter's record until **May 31, 2019**.

If the record is not filed by May 31, 2019, the Court will abate these cases to the trial court for findings of fact and conclusions of law regarding why the reporter's record has not been filed and whether a portion of the reporter's record has been lost or destroyed.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Lela Lawrence Mays, Presiding Judge, 283rd Judicial District Court; court reporter Debi Harris; court reporter Sharina Fowler; and to counsel for the parties.

/s/     ROBERT D. BURNS, III
         CHIEF JUSTICE